UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LUIS JAIME MARTINEZ (1);<br>KIMBERLY JANETH MARTINEZ (2),<br><br>        Defendants. | Case No.:  25-cr-3695-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On January 27, 2026, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for January 30, 2026 to March 13, 2026.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 40] and sets the Motion Hearing/Trial Setting on March 13, 2026 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

25-cr-3695-JO

Further, on October 16, 2025, Defendant Kimberly Janeth Martinez filed a pretrial motion that remains pending.  Accordingly, the Court finds that time from October 16, 2025 to March 13, 2026 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.  18 U.S.C. § 3161(h)(1)(D).  This time is excluded as to co-Defendants.  *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

The parties are instructed to appear in person at the hearing on March 13, 2026, and to be prepared to discuss the progress of discovery and the setting of a trial date.

IT IS SO ORDERED.

Dated:   1/28/2026

_____
Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

25-cr-3695-JO